**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



**Entered pursuant to Administrative Order No. 18-04, Josiah C. Sell, Acting Clerk of Court**

**By: /s/ Michelle Bokros**
**Deputy Clerk**

**Dated: 02:05 PM July 24, 2019**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JANET SUSAN SAMUELS-GORVET | ) | CASE NO. 19-40891 |
| | ) | |
| | ) | JUDGE RUSS KENDIG |
| | ) | |
| Debtor | ) | **ORDER PROVIDING FOR** |
| | ) | **INCREASED PAYMENTS INTO PLAN** |

THIS MATTER IS BEFORE THE COURT upon the subjoined consents of the Trustee and the debtor's attorney to increase the payment, no notice having been given as none is required, and consent to the within Order having been entered by Attorney Michael A. Gallo, Standing Chapter 13 Trustee, and Robert A. Ciotola, attorney for debtor; and,

IT APPEARING TO THE COURT that on May 14, 2019, the debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code, and that the debtor's plan provided for payments of $100.00 monthly for a term of sixty months and a 6% dividend to be paid to

unsecured creditors; and,

IT FURTHER APPEARING that at the time of the filing of the within Order, the debtor should have made payments of $100.00 monthly for one (1) month; and,

IT FURTHER APPEARING that the Meeting of Creditors was held on June 19, 2019, pursuant to 11U.S.C §341 of the Bankruptcy Code, and at that time it was orally agreed that payments into the plan would be increased to $125.00 monthly beginning July 2019 for the remaining fifty-nine months of the plan; and,

IT FURTHER APPEARING that there is no adverse effect upon the creditors of the debtor's estate in that the payment is being increased pursuant to the terms as set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the debtor's payment into the plan is hereby increased to $125.00 monthly beginning July 2019 for the remaining fifty-nine months of the plan.

###

SUBMITTED & APPROVED BY:

  /s/ Michael A. Gallo
MICHAEL A. GALLO, TRUSTEE


 /s/ Robert A. Ciotola
ROBERT A. CIOTOLA, ESQ.
Attorney for Debtor

 /s/ Janet Susan Samuels-Gorvet
JANET SUSAN SAMUELS-GORVET - Debtor


CH13:jrb Gorvet Ord. 6/20/19

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JANET SUSAN SAMUELS-GORVET | ) | CASE NO. 19-40891 |
| | ) | |
| Debtor | ) | RUSS KENDIG |
| | ) | U.S. BANKRUPTCY JUDGE |

## INSTRUCTIONS TO CLERK

Please serve the following with a copy of the ORDER PROVIDING FOR INCREASED PAYMENTS:

ROBERT A. CIOTOLA, ESQ.
3701 Boardman Canfield Rd.
Unit 1
Canfield, OH 44406
(Attorney for debtor)

JANET SUSAN SAMUELS-GORVET
2401 Old Furnace Road
Youngstown, OH 44511
(Debtor)

MICHAEL A. GALLO, TRUSTEE
5048 Belmont Avenue
Youngstown, OH 44505
(Standing Chapter 13 Trustee)